IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES LEE SHORT, JR.**                                                                               **PLAINTIFF**
**ADC #151894**

v.                                    Case No. 4:22-CV-01259-LPR

**KEDRICK AVERY; Lieutenant,**
**Cummins Unit, ADC, et al.**                                                                      **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.[1] After a careful review of the objections, and a *de novo* review of the PRD and the record, the Court adopts the PRD in its entirety.

Accordingly, Mr. Short may proceed with his excessive force claim against Defendant Avery in his personal capacity only. All other claims (including claims against other Defendants) are dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would be frivolous and not taken in good faith.

IT IS SO ORDERED this 1st day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. 5. To be on the safe side, the Court is construing Docs. 11, 14, and 21 to be objections to the PRD.