**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES LEE SHORT, JR.**                                                                 **PLAINTIFF**
**ADC #151894**

**v.**                                    **Case No. 4:22-CV-01259-LPR**

**KEDRICK AVERY, Lieutenant,**
**Cummins Unit, ADC, et al.**                                              **DEFENDANTS**

## ORDER

  The Court has received a Recommended Disposition (RD) from United States Magistrate Judge Joe J. Volpe and Mr. Short's objections.[1]   After a careful review of the objections, and a *de novo* review of the RD and the record, the Court adopts the RD in its entirety.

  Accordingly, Defendant's Motion for Summary Judgment (Doc. 16) is granted, Plaintiff's excessive force claim against Defendant Avery is dismissed without prejudice, and this case is closed.[2]   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would be frivolous and not taken in good faith.

  IT IS SO ORDERED this 1st day of August 2023.


_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Docs. 20 & 21.

[2] Doc. 22 is denied as moot.