IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES LEE SHORT, JR.**  **PLAINTIFF**
**ADC #151894**

v.  Case No. 4:22-CV-01259-LPR

**KEDRICK AVERY, Lieutenant,**
**Cummins Unit, ADC, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Orders filed today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are dismissed without prejudice and this case is CLOSED.[1]  It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would be frivolous and not taken in good faith.

IT IS SO ADJUDGED this 1st day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Docs. 23 & 24.